# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-3363

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Antonio Johnson, | * | Eastern District of Missouri. |
| | * | |
| Appellee. | * | [UNPUBLISHED] |
| | * | |

———————

Submitted:  April 22, 2004

Filed:  May 10, 2004

———————

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Antonio Johnson appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion.  Having carefully reviewed the record, we agree with the district court that Johnson is not entitled to a sentence reduction based on Amendment 518 to the Sentencing Guidelines.  See U.S.S.G. § 1B1.10(a); Delgado v. United States, 162 F.3d 981, 983 (8th Cir. 1998).

———————

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____